1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                       CENTRAL DISTRICT OF CALIFORNIA

8

9

10   GARY GREEN,                    ) Case No. CV 09-7994-DMG(RC)
                                     )
11                   Petitioner     ) JUDGMENT
                                     )
12   vs.                            )
                                     )
13   WARDEN MICHAEL S. EVANS,        )
                                     )
14                   Respondent.    )
     ───────────────────────────────)
15

16        Pursuant to the Order of the Court adopting the findings,

17   conclusions, and recommendations of United States Magistrate Judge

18   Rosalyn M. Chapman,

19

20        IT IS ADJUDGED that the petition for writ of habeas corpus and

21   the action are dismissed without prejudice.

22

23   DATED: June 23, 2010

24                                   _____
                                          DOLLY M. GEE
25                                   UNITED STATES DISTRICT JUDGE

     R&Rs\09-7994.jud
26   4/22/10

27

28